```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
      :
TEWODROS KIROS,      :
      :
            Plaintiff,      :
      :    21-cv-6987 (LJL)
     -v-      :
      :    ORDER
CROTHALL HEALTHCARE, INC.,      :
      :
            Defendant.      :
      :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      This Order memorializes the deadlines and dates discussed at the Post-Discovery Status Conference held today.

      The deadline to file motions for summary judgment is extended to July 11, 2022; opposition papers are due by August 1, 2022, and reply papers are due by August 8, 2022.

      The Court also referred the parties to the magistrate judge for settlement discussions.

      The joint proposed pretrial order is due by October 28, 2022.  Oppositions to any in limine motions are due by November 4, 2022.

      A final pretrial conference is scheduled for November 10, 2022 at 3:00 p.m. in Courtroom 15C of the 500 Pearl Street Courthouse.

      Trial is scheduled to begin on November 14, 2022 at 9:30 a.m. in Courtroom 15C of the 500 Pearl Street Courthouse.

      SO ORDERED.

Dated: June 15, 2022
      New York, New York

                                                                LEWIS J. LIMAN
                                                United States District Judge